UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ERIC F., | Civil No. 2:20-CV-00087-RAJ |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including April 22, 2020, to file a Response to Plaintiff's Complaint.

DATED this 23rd day of March, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Page 1    ORDER - [2:20-CV-00087-RAJ]