UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC FAST, | Civil No. 2:20-CV-00087-RAJ |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including May 20, 2020, to file an Answer to Plaintiff's Complaint.

If Defendant is unable to procure and file a transcript on or before May 20, 2020, Defendant will file a Status Report with the Court on or before May 20, 2020.

DATED this 23rd day of April, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

Page 1        ORDER - [2:20-CV-00087-RAJ]